was correct. We have examined the exceptions noted in the appellant's brief, and we do not think that any of them present any reversible errors. The judgment and order appealed from is affirmed, with costs. Judgment and order affirmed, with costs.

DELEHANTY, J., concurs.

---

McDAVITT, Respondent, v. GEBBIE & CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Frank McDavitt against Gebbie & Co. No opinion. Judgment of the municipal court affirmed by default, with costs.

---

McDOWELL, Respondent, v. BROOKS, Appellant. (Supreme Court, Appellate Division, First Department. January 24, 1902.) Action by Henry B. McDowell against John Brooks. E. H. Childs, for appellant. L. W. Stotesbury, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, on payment of costs in this court and in the court below.

---

McGINNIS, Appellant, v. KEYES, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Bernard McGinnis against Cora W. Keyes. No opinion. Judgment affirmed, with costs.

---

McKINNEY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by William McKinney against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

McKINNEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. December 10, 1901.) Action by Nettie L. McKinney against the New York Central & Hudson River Railroad Company. No opinion. Motion to amend order nunc pro tunc granted.

---

McKNIGHT, Respondent, v. CLIFF PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1902.) Action by Matthew McKnight against the Cliff Paper Company. No opinion. Judgment and order affirmed, with costs.

---

McSWEGAN, Respondent, v. NEW PALTZ & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Frank McSwegan, Jr., against the New Paltz & Poughkeepsie Traction Company. No opinion. Judgment unanimously affirmed, with costs.

---

MACLINCHY v. BROOKE et al. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Action by William H. Maclinchy against Frederick Brooke and others, of whom Brooke, Mack & Peace appeal. No opinion. Motion denied.

---

MAGNOLIA METAL CO., Respondent, v. DREW, Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Action by the Magnolia Metal Company against Edward E. Drew. J. D. Fessenden, for appellant. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

MAHAN, Appellant, v. PALMER, Respondent. (Supreme Court, Appellate Division, Third Department. December 31, 1901.) Action by Alexander Mahan against Horatio R. Palmer. No opinion. Judgment affirmed, with costs. All concur, except SMITH, J., not voting.

---

MAHANEY, Respondent, v. CARR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by Catherine E. Mahaney against Margaret Carr and others. No opinion. Judgment affirmed, with costs.

---

MAHONEY, Respondent, v. O'NEIL, Appellant. (City Court of New York, General Term. December, 1901.) Action by William H. Mahoney against James O'Neil. Kenneson, Crain, Emley & Rubino (Thaddeus D. Kenneson, of counsel), for appellant. Lamb, Osborne & Petty (Gilbert D. Lamb, of counsel), for respondent.

McCARTHY, J. This is known as the second appeal, and is an appeal by the defendant from an order affirming the clerk's taxation of the bill of costs as presented by the plaintiff. This case has been tried three times. On the first trial the jury disagreed, and on the second and third trials the verdict was for the plaintiff. The clerk awarded to the plaintiff, as stated in his brief, all his costs and disbursements on the trials and appeals where he had succeeded, in addition to the costs of the trial (now under review), and he was deprived only of the costs in the appellate term, where defendant had succeeded. We think this was correct, and in conformity with the cases of Belt v. Insurance Co., 33 App. Div. 239, 53 N. Y. Supp. 363, and cases therein cited, Sisters of Charity v. Kelly, 68 N. Y. 628, and First Nat. Bank v. Fourth Nat. Bank, 84 N. Y. 469. The order appealed from is affirmed, with costs. Order affirmed, with costs. All concur. See 61 N. Y. Supp. 69.

---

MAN et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. January 10, 1902.) Action by William Man and another, as trustees, against the New York & Sea Beach Railway Company and others. No opinion. Motion granted. Order to be settled before HIRSCHBERG, J.

---

MAN et al. v. NEW YORK & S. B. RY. CO. et al. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by William Man and another, as trustees, against the New York & Sea Beach Railway